IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-22-CV-48-DB |
| JONATHAN CRISLER, ROBERT<br>WILSON, THE ALLSTATE<br>CORPORATION, a Delaware<br>Corporation and JOHN DOES 1-4,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On June 7, 2022 this Court entered an order dismissing all claims in the above-captioned case. ECF No. 26. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **7th** day of **June 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE